UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RUBY,<br><br>            Plaintiff,<br><br>   v.<br><br>EFCO-U.S.,<br><br>            Defendant. | Case No.   1:26-cv-03136-JLT-EPG<br><br>ORDER FOR ATTORNEY WAISBREN TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER TO ATTEND THE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 2) |

The Court issued an order setting a mandatory scheduling conference for June 2, 2026, at 11:00 a.m. (ECF No. 2). The order warned as follows: "Should counsel or a party appearing *pro se* fail to appear at the Scheduling Conference . . . an *ex parte* hearing may be held and contempt sanctions, including monetary sanctions, dismissal, default, or other appropriate judgment, may be imposed and/or ordered." (*Id.* at 7).

On May 26, 2026, the parties filed a joint scheduling report that acknowledged the date and time of the conference. (ECF No. 7). The Court held the conference as scheduled and counsel for Defendant appeared; however, Attorney Steven Waisbren for Plaintiff failed to appear. The Court's courtroom deputy tried to reach counsel but was unsuccessful. Accordingly, the Court did not hold the scheduling conference and would issue an order to follow (ECF No. 8). The Court issued said order, rescheduling the Scheduling Conference to June 8, 2026, at 10:30 a.m.

Accordingly, IT IS ORDERED as follows:

1. Attorney Steven Waisbren, counsel for Plaintiff, shall show cause why sanctions should

1

not issue for counsel's failure to attend the conference as required by the Court's order.

2. Attorney Waisbren has fourteen days from the entry of this order to file a written response explaining why counsel did not attend the conference.

3. After reviewing counsel's response, the Court will further consider whether sanctions are appropriate.

IT IS SO ORDERED.

Dated:   **June 2, 2026**          /s/ _Eric P. Grosjean_

                                   UNITED STATES MAGISTRATE JUDGE

2