UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS RUBY, | Case No. 1:26-cv-03136-JLT-EPG |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF No. 10) |
| EFCO-U.S., and DOES 1-30, inclusive | |
| Defendants. | |

On June 2, 2026, the Court issued an order requiring Plaintiff's counsel, attorney Waisbren, to show cause as to why sanctions should not issue for failing to appear at the initial scheduling conference. (ECF No. 10). Attorney Waisbren was directed to file a response within fourteen days. (*Id.*)

The Court continued the initial scheduling conference to June 8, 2026, and Mr. Waisbren was present. Mr. Attorney Waisbren failed to file a written response to the order to show cause, he appeared at the continued initial scheduling conference and offered his apology to the Court during the conference.

\\\

\\\

\\\

1

Accordingly, IT IS HEREBY ORDERED that the Court's June 2, 2026 order for Attorney Waisbren to show cause (ECF No. 10) is DISCHARGED.

IT IS SO ORDERED.

Dated:    **June 17, 2026**                    /s/ Erin P. Grosjean

UNITED STATES MAGISTRATE JUDGE

2